**MUSCARELLA, BOCHET,**
**EDWARDS & D'ALESSANDRO, P.C.**
The Vanguard Building
21-00 Route 208 South
Fair Lawn, New Jersey 07410
Telephone: (201) 796-3100
Counsel to Trustee
BAE7510

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | |
|---|---|
| In the Matter of: : | |
| : | Chapter 7 |
| : | |
| **MUHAMMAD WHALA,** : | Case No. 05 - 43025 - MS |
| : | |
| Debtor(s). : | DATE: |
| : | ORAL ARGUMENT WAIVED |

## TRUSTEE'S OBJECTION TO PROPERTY CLAIMED AS EXEMPT

**TO THE ABOVE-CAPTIONED DEBTOR AND HIS ATTORNEY OF RECORD**

Please take notice that pursuant to Rule 4003 the Trustee hereby objects to the debtor's amended claim of exemptions set forth on schedule C filed on March 14, 2007.

The Trustee specifically objects to the exemption of a law suit entitled Whala vs. Bank of America on the grounds that the funds claimed by the debtor are rightfully the property of the estate based on debtor's failure to disclose this asset at the time of the filing of the petition.

Wherefore the Trustee prays that an Order be entered denying the aforesaid claim for an exemption by the debtor.

Dated: March 22, 2007           /s/ Barbara A. Edwards_____
                                **BARBARA A. EDWARDS, Trustee**